# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CRIMINAL CASE NO. 08-00327-CG |
| | ) |
| A. SAMUEL KELLEY, II, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter came on for jury selection on January 4, 2010, at which the following rulings were made: The government's oral motion for additional strikes (Doc. 457) was **DENIED**. The defendants' oral motion for additional strikes (Doc. 458) was **GRANTED in part**, and the defendants were given four additional strikes beyond the three extra strikes already given. Defendant Bennett's oral motion for the government to produce any information regarding the venire that they may have looked up on any government databases (Doc. 459) was **DENIED**.

**DONE and ORDERED** this the 6th day of January, 2010.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE