UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 08-000327-CG |
| ) | |
| A. SAMUEL KELLEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the court on defendant's motion for new trial and judgment of acquittal (Doc. 661) and the government's response (Doc. 677, 698). The court has carefully considered the grounds raised in the motion, and has concluded that the verdicts are supported by the weight of the evidence, and that the defendant received a fair trial and did not suffer any actual compelling prejudice. Accordingly, the motion is **DENIED.**

**DONE** and **ORDERED** this 25th day of August, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE