IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | * Criminal No. 08-00327-CG |
| A. SAMUEL KELLEY, II, | * |
| JASON R. KELLEY and | * |
| JODI C. SILVIO, | * |
| | * |
| Defendants | * |

**ORDER**

This matter is before the court on the joint motion of the government and the above-named defendants to seal the trial exhibits and transcripts until such time as the appeal process has concluded. (Doc. 891).

Having considered the motion and the reasons set forth therein, the court agrees that the motion is due to be granted, with the following caveat. If any member of the public or press seeks access to the sealed transcript or exhibits during the pendency of the appeal process, the court will require the parties to file their transcript redaction requests within 30 days of the date of the court's notification to the parties that such a request has been made. Only after the redactions have been made will the transcripts and exhibits be made public.

Accordingly, it is **ORDERED** that the joint motion to seal is hereby **GRANTED**, and the transcripts and exhibits specified in the joint motion (Docs 718, 762, 879-882, and 886) are to remain **SEALED** until the requested redactions are completed.

**DONE** and **ORDERED** this 30th day of March, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE