Case 1:08-cr-00327-CG-B   Document 1000   Filed 07/08/15   Page 1 of 1

AO 247 (Rev. 08/14) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| A. SAMUEL KELLEY | ) Case No: 08-00327-001 |
| | ) USM No: 10556-003 |
| Date of Original Judgment: 08-26-2010 | ) |
| Date of Previous Amended Judgment: | ) Arthur Madden |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 120 months **is reduced to** 97 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

This sentence reduction affects the following counts wherein the concurrent sentences are reduced from 120 months to 97 months: 83-86, 88-95, 96, 98, 102, 105,107,110,112,115,119,120,123,126,129,131,133,135,139,142, 145, 148, 151, 154, 159, 162, 164,166,170,172,177,178,181,184,186,188,192 & 195.

The concurrent 60 month sentences on each of Counts 1 through 82 are not subject to reduction.

Except as otherwise provided, all provisions of the judgment dated 08-26-2010 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 07-08-2015

Callie V.S. Granade
U.S. District Judge
*Judge's signature*

Digitally signed by Callie V.S. Granade U.S. District Judge
DN: cn=Callie V.S. Granade U.S. District Judge, o=U.S. Government, ou=Federal Judiciary, email=efile_granade@alsd.uscourts.gov, c=US
Date: 2015.07.08 12:43:46 -06'00'

Effective Date: 11-01-2015
*(if different from order date)*

United States District Judge
*Printed name and title*